# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Paul D. Holley                        CHAPTER 13

                 Debtor(s)                  BKY. NO. 19-17361 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                       Respectfully submitted,
                                       **/s/ Rebecca A. Solarz Esquire**
                                       Rebecca A Solarz, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322