UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Paul D. Holley | Bankruptcy No.19-17361-JKF |
| Debtor | |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of May, 2020, by first class mail upon those listed below:

Paul D. Holley
6444 Dicks Ave.
Philadelphia, PA  19142

**Electronically via CM/ECF System Only:**

SHARON S MASTERS ESQ
THE LAW OFFICE OF SHARON S MASTERS
2201 PENNSYLVANIA AVENUE #517
PHILADELPHIA, PA  19130

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee