IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Paul D. Holley                                                          : CHAPTER 13

    Debtor                                                                      : NO. 19-17361

**ORDER**

    AND NOW, this __ day of _____, 2020, upon consideration of the Application for Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's fee of $1,200.00 and expenses of $25.00 are  approved. It is further ORDERED that the fee and expense balance of $625.00 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

**Date: July 16, 2020**                                                                                                                     _____
                                                                                                                                                              J.