| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-17361-AMC

Paul D. Holley  
6444 Dicks Ave.  
Philadelphia  PA    19142

Petition Filed Date: 11/22/2019  
341 Hearing Date: 01/17/2020  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/26/2019 | $253.84 | | 01/31/2020 | $253.84 | | 03/02/2020 | $253.85 | |
| 03/31/2020 | $253.84 | | 05/04/2020 | $253.84 | | 06/02/2020 | $253.84 | |
| 07/06/2020 | $267.00 | | 08/05/2020 | $267.00 | | | | |

**Total Receipts for the Period: $2,057.05    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,057.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Paul D. Holley | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC<br>»»  001 | Unsecured Creditors | $1,101.25 | $0.00 | $1,101.25 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»»  002 | Secured Creditors | $885.50 | $0.00 | $885.50 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  003 | Unsecured Creditors | $556.09 | $0.00 | $556.09 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $1,622.51 | $0.00 | $1,622.51 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $701.56 | $0.00 | $701.56 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  006 | Mortgage Arrears | $11,891.91 | $0.00 | $11,891.91 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»»  007 | Secured Creditors | $457.73 | $0.00 | $457.73 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $625.00 | $0.00 | $625.00 |

Chapter 13 Case No. 19-17361-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,057.05 | Current Monthly Payment: | $267.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($253.84) |
| Paid to Trustee: | $192.48 | Total Plan Base: | $15,420.21 |
| Funds on Hand: | $1,864.57 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.