| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17361-AMC**

Paul D. Holley
6444 Dicks Ave.
Philadelphia  PA   19142

Petition Filed Date: 11/22/2019
341 Hearing Date: 01/17/2020
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $253.84 | | 03/02/2020 | $253.85 | | 03/31/2020 | $253.84 | |
| 05/04/2020 | $253.84 | | 06/02/2020 | $253.84 | | 07/06/2020 | $267.00 | |
| 08/05/2020 | $267.00 | | 09/09/2020 | $267.00 | | 10/05/2020 | $267.00 | |
| 11/06/2020 | $267.00 | | 12/08/2020 | $267.00 | | 01/05/2021 | $267.00 | |
| 02/03/2021 | $267.00 | | 03/03/2021 | $267.00 | | 04/05/2021 | $267.00 | |
| 04/30/2021 | $267.00 | | 06/04/2021 | $267.00 | | | | |

**Total Receipts for the Period: $4,473.21    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,727.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Paul D. Holley | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC »» 001 | Unsecured Creditors | $1,101.25 | $0.00 | $1,101.25 |
| 2 | REGIONAL ACCEPTANCE CORP »» 002 | Secured Creditors | $885.50 | $231.89 | $653.61 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $556.09 | $0.00 | $556.09 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,622.51 | $0.00 | $1,622.51 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $701.56 | $0.00 | $701.56 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG »» 006 | Mortgage Arrears | $11,891.91 | $3,114.56 | $8,777.35 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $457.73 | $111.31 | $346.42 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $625.00 | $625.00 | $0.00 |

**Chapter 13 Case No. 19-17361-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,727.05 | Current Monthly Payment: | $267.00 |
| Paid to Claims: | $4,082.76 | Arrearages: | ($253.84) |
| Paid to Trustee: | $395.40 | Total Plan Base: | $15,420.21 |
| Funds on Hand: | $248.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.