**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Paul Holley  ) Chapter 13

) Bankruptcy No. 19-17361amc

Debtor(s) )

**ORDER**

AND NOW, this ___ day of _____, 2021, after consideration of the Motion to Modify Chapter 13 Plan Post-Confirmation, responses and objections thereto, and the entire record, it is hereby ORDERED that the Motion is GRANTED. The modified Plan shall take effect immediately.

**Date: December 15, 2021**

_____
J.