| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17361-AMC

Paul D. Holley  
6444 Dicks Ave.  
Philadelphia  PA    19142

Petition Filed Date: 11/22/2019  
341 Hearing Date: 01/17/2020  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $267.00 | | 04/30/2021 | $267.00 | | 06/04/2021 | $267.00 | |
| 07/06/2021 | $267.00 | | 08/02/2021 | $267.00 | 8/2/2021 | 09/10/2021 | $267.00 | |
| 10/04/2021 | $267.00 | | 11/05/2021 | $267.00 | | 12/06/2021 | $267.00 | |
| 01/03/2022 | $202.00 | | 02/03/2022 | $202.00 | | 03/02/2022 | $202.00 | |
| 04/04/2022 | $202.00 | | 05/04/2022 | $202.00 | | 06/03/2022 | $202.00 | |
| 07/07/2022 | $202.00 | | | | | | | |

**Total Receipts for the Period: $3,817.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,743.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul D. Holley | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC »» 001 | Unsecured Creditors | $1,101.25 | $0.00 | $1,101.25 |
| 2 | REGIONAL ACCEPTANCE CORP »» 002 | Secured Creditors | $885.50 | $408.47 | $477.03 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $556.09 | $0.00 | $556.09 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,622.51 | $0.00 | $1,622.51 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $701.56 | $0.00 | $701.56 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG »» 006 | Mortgage Arrears | $11,891.91 | $5,485.89 | $6,406.02 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $457.73 | $201.30 | $256.43 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $625.00 | $625.00 | $0.00 |
| 8 | MIDFIRST BANK NKA MIDLAND MRTG »» 06P | Mortgage Arrears | $2,521.55 | $359.83 | $2,161.72 |

**Chapter 13 Case No. 19-17361-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,743.05 | Current Monthly Payment: | $203.00 |
| Paid to Claims: | $7,080.49 | Arrearages: | ($57.00) |
| Paid to Trustee: | $652.70 | Total Plan Base: | $18,242.05 |
| Funds on Hand: | $9.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.