| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-17361-AMC**

Paul D. Holley  
6444 Dicks Ave.  
Philadelphia  PA    19142

Petition Filed Date: 11/22/2019  
341 Hearing Date: 01/17/2020  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $202.00 | | 09/07/2022 | $203.00 | | 10/03/2022 | $204.00 | |
| 10/31/2022 | $204.00 | | 12/02/2022 | $204.00 | | 01/04/2023 | $204.00 | |
| 01/30/2023 | $204.00 | | 03/06/2023 | $204.00 | | 03/28/2023 | $204.00 | |
| 05/01/2023 | $204.00 | | 06/06/2023 | $204.00 | | 06/29/2023 | $204.00 | |
| 08/01/2023 | $204.00 | | | | | | | |

**Total Receipts for the Period: $2,649.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,392.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul D. Holley | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC<br>»» 001 | Unsecured Creditors | $1,101.25 | $0.00 | $1,101.25 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 002 | Secured Creditors | $885.50 | $523.65 | $361.85 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $556.09 | $0.00 | $556.09 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,622.51 | $0.00 | $1,622.51 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $701.56 | $0.00 | $701.56 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 006 | Mortgage Arrears | $11,891.91 | $7,032.53 | $4,859.38 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $457.73 | $260.84 | $196.89 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $625.00 | $625.00 | $0.00 |
| 8 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 06P | Mortgage Arrears | $2,521.55 | $881.75 | $1,639.80 |

**Chapter 13 Case No. 19-17361-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,392.05 | Current Monthly Payment: | $203.00 |
| Paid to Claims: | $9,323.77 | Arrearages: | ($270.00) |
| Paid to Trustee: | $872.78 | Total Plan Base: | $18,242.05 |
| Funds on Hand: | $195.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.