| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-17361-AMC

Paul D. Holley  
6444 Dicks Ave.  
Philadelphia  PA    19142

Petition Filed Date: 11/22/2019  
341 Hearing Date: 01/17/2020  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $204.00 | | 09/07/2023 | $204.00 | | 10/02/2023 | $204.00 | |
| 11/01/2023 | $204.00 | | 11/22/2023 | $204.00 | | 01/03/2024 | $204.00 | |
| 01/29/2024 | $204.00 | | 02/27/2024 | $204.00 | | 04/01/2024 | $204.00 | |
| 04/30/2024 | $204.00 | | 05/28/2024 | $204.00 | | 06/27/2024 | $204.00 | |
| 07/29/2024 | $204.00 | | | | | | | |

Total Receipts for the Period:  $2,652.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,840.05

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Paul D. Holley | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC »»  001 | Unsecured Creditors | $1,101.25 | $0.00 | $1,101.25 |
| 2 | REGIONAL ACCEPTANCE CORP »»  002 | Secured Creditors | $885.50 | $637.00 | $248.50 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »»  003 | Unsecured Creditors | $556.09 | $0.00 | $556.09 |
| 4 | LVNV FUNDING LLC »»  004 | Unsecured Creditors | $1,622.51 | $0.00 | $1,622.51 |
| 5 | LVNV FUNDING LLC »»  005 | Unsecured Creditors | $701.56 | $0.00 | $701.56 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG »»  006 | Mortgage Arrears | $11,891.91 | $8,680.95 | $3,210.96 |
| 7 | CITY OF PHILADELPHIA (LD) »»  007 | Secured Creditors | $457.73 | $319.52 | $138.21 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $625.00 | $625.00 | $0.00 |
| 8 | MIDFIRST BANK NKA MIDLAND MRTG »»  06P | Mortgage Arrears | $2,521.55 | $1,438.00 | $1,083.55 |

**Chapter 13 Case No. 19-17361-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,840.05 | Current Monthly Payment: | $203.00 |
| Paid to Claims: | $11,700.47 | Arrearages: | ($79.00) |
| Paid to Trustee: | $1,115.54 | Total Plan Base: | $18,242.05 |
| Funds on Hand: | $24.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.