Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 19-17361-AMC**

Paul D. Holley  
6444 Dicks Ave.  
Philadelphia  PA    19142

Petition Filed Date: 11/22/2019  
341 Hearing Date: 01/17/2020  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2024 | $204.00 | | 10/01/2024 | $204.00 | | 10/28/2024 | $204.00 | |
| 12/03/2024 | $204.00 | | 01/03/2025 | $204.00 | | 02/05/2025 | $204.00 | |
| 03/04/2025 | $204.00 | | 04/01/2025 | $204.00 | | 04/28/2025 | $204.00 | |
| 06/02/2025 | $204.00 | | 06/30/2025 | $204.00 | | 07/29/2025 | $204.00 | |

**Total Receipts for the Period: $2,448.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,288.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Paul D. Holley | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC »» 001 | Unsecured Creditors | $1,101.25 | $0.00 | $1,101.25 |
| 2 | REGIONAL ACCEPTANCE CORP »» 002 | Secured Creditors | $693.97 | $693.97 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $556.09 | $0.00 | $556.09 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,622.51 | $0.00 | $1,622.51 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $701.56 | $0.00 | $701.56 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG »» 006 | Mortgage Arrears | $11,891.91 | $10,289.88 | $1,602.03 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $457.73 | $390.67 | $67.06 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $625.00 | $625.00 | $0.00 |
| 8 | MIDFIRST BANK NKA MIDLAND MRTG »» 06P | Mortgage Arrears | $2,521.55 | $1,980.94 | $540.61 |

**Chapter 13 Case No. 19-17361-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,288.05 | Current Monthly Payment: | $203.00 |
| Paid to Claims: | $13,980.46 | Arrearages: | ($91.00) |
| Paid to Trustee: | $1,302.20 | Total Plan Base: | $18,242.05 |
| Funds on Hand: | $5.39 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.