Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Paul D. Holley
6444 Dicks Ave.
Philadelphia, PA 19142

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 19-17361-AMC**

Petition Filed Date: 11/22/2019
341 Hearing Date: 01/17/2020
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2025 | $204.00 | | 10/06/2025 | $204.00 | | 11/03/2025 | $204.00 | |
| 12/04/2025 | $204.00 | | 12/31/2025 | $204.00 | | 01/30/2026 | $204.00 | |
| 03/04/2026 | $204.00 | | 03/30/2026 | $204.00 | | 05/04/2026 | $204.00 | |
| 06/02/2026 | $204.00 | | 06/29/2026 | $204.00 | | | | |

**Total Receipts for the Period: $2,244.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $17,736.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul D. Holley | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC<br>»» 001 | Unsecured Creditors | $1,101.25 | $16.50 | $1,084.75 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 002 | Secured Creditors | $693.97 | $693.97 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $556.09 | $0.00 | $556.09 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,622.51 | $24.32 | $1,598.19 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $701.56 | $0.00 | $701.56 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 006 | Mortgage Arrears | $11,891.91 | $11,891.91 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $457.73 | $457.73 | $0.00 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $625.00 | $625.00 | $0.00 |
| 8 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 06P | Mortgage Arrears | $2,521.55 | $2,521.55 | $0.00 |

**Chapter 13 Case No. 19-17361-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,736.05 | Current Monthly Payment: | $203.00 |
| Paid to Claims: | $16,230.98 | Arrearages: | ($103.00) |
| Paid to Trustee: | $1,486.22 | Total Plan Base: | $18,242.05 |
| Funds on Hand: | $18.85 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.